UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 11585 RCL

| | |
|---|---|
| SAFE CARE SYSTEMS, LLC, PETER L. SALTONSTALL and PAMELA K. GAVIN, <br><br> Plaintiffs, <br><br> v. <br><br> COVANSYS, INC., <br><br> Defendant. | C.A. No. _____ |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446(d), Covansys, Inc. gives notice to the Superior Court of Plymouth County, Massachusetts and Robert D. Hillman, Esq. as attorney for the plaintiffs Safecare Systems, LLC, Peter S. Saltonstall and Pamela K. Gavin, that on July 15, 2004 defendant filed a Notice of Removal, thereby removing the above-entitled action to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal is attached to this Notice.

Respectfully submitted,

COVANSYS, INC.,

By its attorneys,

_____
Robert P. Sherman (BBO #458540)
Gordon M. Jones, III (BBO #549016)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

BOS1399715.1

and

BUTZEL LONG
Steven M. Ribiat (MI Bar No. P45161)
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, MI 48304
(248) 593-7801
ribiat@butzel.com

Dated: July 15, 2004        Attorneys for Defendant Covansys, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Robert D. Hillman, Esq., the attorney of record for plaintiffs by hand on July 15, 2004.

_____
Gordon M. Jones, III

2