**Commonwealth of Massachusetts**
**PLYMOUTH SUPERIOR COURT**
Case Summary
Civil Docket

### PLCV2004-00699
### Safe Care Systems, LLC et al v Covansys, Inc

RECEIVED JUL 2 0 2004 NIXON PEABODY LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| File Date | 06/01/2004 | Status | Disposed: transfered to other court (dtrans) | | | |
| Status Date | 07/19/2004 | Session | B - Civil B - CtRm 1 (Plymouth) | | | |
| Origin | 1 | Case Type | A99 - Misc contract | | | |
| Lead Case | | Track | F | | | |
| Service | 08/30/2004 | Answer | 10/29/2004 | Rule12/19/20 | 10/29/2004 | |
| Rule 15 | 10/29/2004 | Discovery | 03/28/2005 | Rule 56 | 04/27/2005 | |
| Final PTC | 05/27/2005 | Disposition | 07/26/2005 | Jury Trial | Yes | |

### PARTIES

**Plaintiff**
Safe Care Systems, LLC
99 Derby Street
Hingham, MA 02043
Active 06/01/2004

Private Counsel 552637
Robert D Hillman
Deutsch Williams Brooks DeRensis et al
99 Summer Street
Boston, MA 02110-1235
Phone: 617-951-2300
Fax: 617-951-2323
Active 06/01/2004 Notify

**Plaintiff**
Peter L. Saltonstall
Norwell, MA 02061
Active 06/01/2004

\*\*\* See Attorney Information Above \*\*\*

**Plaintiff**
Pamela K Gavin
Braintree, MA 02184
Active 06/01/2004

\*\*\* See Attorney Information Above \*\*\*

**Defendant**
Covansys, Inc
32605 West Twelve Mile Road
Farmington, MI 48331
Service pending 06/01/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/01/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/01/2004 | | Origin 1, Type A99, Track F. |
| 07/19/2004 | 2.0 | Case REMOVED this date to US District Court of Massachusetts, |

case01 212951 y y y y y y

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-00699
### Safe Care Systems, LLC et al v Covansys, Inc

| Date | Paper | Text |
|------|-------|------|
|      | 2.0   | attested copy of case sent to Gordon M. Jones, III, Esq., of Nixon Peabody, LLP, 100 Summer St., Boston, MA 02110-2131 |

**EVENTS**



A TRUE COPY ATTEST

Frank R. Powers
CLERK