UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFE CARE SYSTEMS, LLC, PETER L. SALTONSTALL and PAMELA K. GAVIN,<br><br>Plaintiffs,<br><br>v.<br><br>COVANSYS, INC.,<br><br>Defendant. | C.A. No. 04-11585 RCL |

## MOTION FOR ADMISSION PRO HAC VICE

Gordon M. Jones, III, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in the above-captioned action on behalf of defendant Covansys, Inc., hereby moves this Court for admission Pro Hac Vice of Steven M. Ribiat, as counsel for defendant Covansys, Inc. pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion is the declaration of Mr. Ribiat that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and that he is familiar with the local rules of this Court. Also attached is a Certificate of Good Standing for Mr. Ribiat from the United States District Court for the Eastern District of Michigan. A check in the amount of $50.00 to cover the fee in connection with this filing is being forwarded to the clerk's office.

BOS1410087.1

I have consulted with Robert D. Hillman, counsel for plaintiffs Safe Care Systems, Inc., LLC, Peter L. Saltonstall and Pamela K. Gavin, who has advised me that the plaintiffs do not oppose this motion.

Respectfully submitted,

NIXON PEABODY LLP

/s/ G. Jones
Robert P. Sherman (BBO#458450)
Gordon M. Jones, III (BBO#549016)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated: August 18, 2004

BOS1410087.1