UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFE CARE SYSTEMS LLC, PETER L. SALTONSTALL, AND PAMELA K. GAVIN,<br><br>Plaintiffs,<br><br>v.<br><br>COVANSYS, INC.,<br><br>Defendant. | C.A. No. 04 11585 RCL |

### CERTIFICATION BY COUNSEL STEVEN M. RIBIAT IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, I certify that I am eligible for admission to this Court and am admitted to practice, and a member of the bar in good standing, of each of the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Michigan State Bar (all courts) | 1991 |
| Eastern District of Michigan | 1991 |
| U.S. Court of Appeals, Sixth Circuit | 1992 |

I further certify that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

_____
Steven M. Ribiat
Michigan Bar No. 45161
BUTZEL LONG, P.C.
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, Michigan  48304
Phone:  (248) 593-7801

August 13, 2004

# United States District Court
# Eastern District of Michigan



## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, certify that

## STEVEN M. RIBIAT

was admitted to practice in this Court on November 6, 1991, and is in good standing as a member of the bar of this Court.

Dated at Detroit, Michigan on July 29, 2004.

_David J. Weaver_
Clerk

By _[signature]_,
Attorney Admissions Clerk

INT-0104-DT-4/91