UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAFE CARE SYSTEMS LLC, PETER L.
SALTONSTALL, AND PAMELA K. GAVIN,

    Plaintiffs,

vs.

COVANSYS, INC.

    Defendant.

CIVIL ACTION NO. 04-CV-11585RCL

### Waiver of Service of Summons

TO:    Robert D. Hillman, Deutsch Williams, 99 Summer Street, Boston, MA 02110

    I acknowledge receipt of your request that Covansys, Inc. waive service of the Summons in the above-action. I have also received a copy of the Complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I have authority to enter into this Waiver on behalf of Covansys, Inc.

    I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    Covansys, Inc. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against Covansys, Inc. if no answer or motion under F.R.C.P. 12 is not served upon you within 60 days after the date of receipt hereof by certified mail.

_8/23/04_
Date

_[signature]_ Counsel for Covansys, Inc.
Signature