UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFE CARE SYSTEMS, LLC, PETER L. SALTONSTALL and PAMELA K. GAVIN,<br><br>Plaintiffs,<br><br>v.<br><br>COVANSYS, INC.,<br><br>Defendant. | C.A. No. 04-11585 RCL |

## ASSENTED TO MOTION OF COVANSYS, INC.
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant Covansys, Inc. with the assent of the plaintiffs, Safe Care Systems, LLC, Peter L. Saltonstall and Pamela K. Gavin, ("Plaintiffs") hereby moves, without waiving any defenses, for an order extending its time to answer, move, or otherwise respond to the Complaint in this action until and including September 10, 2004.

Assented to:

SAFE CARE SYSTEMS, LLC,
PETER L. SALTON STALL and
PAMELA K. GAVIN,

By their attorneys,

/s/R. Hillman
Robert D. Hillman (BBO #552637)
DEUTSCH WILLIAMS BROOKS
 DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Respectfully submitted,

COVANSYS, INC.,

By its attorneys,

/s/ G. Jones
Robert P. Sherman (BBO#458450)
Gordon M. Jones, III (BBO #549016)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

BOS1409276.1

and

Steven M. Ribiat
BUTZEL LONG
(Admitted pro hac vice)
100 Bloomfield Hills Parkway
Suite 200
Bloomfield Hills, MI 48304
(248) 593-7801

Dated: August 29, 2004