UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAFE CARE SYSTEMS LLC, PETER L.
SALTONSTALL, AND PAMELA K. GAVIN,

        Plaintiffs,

v.

COVANSYS, INC.,

        Defendant.

C.A. No. 04 11585 RCL

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Covansys, Inc. ("Covansys"), answers the Complaint as follows:

1.    Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

2.    Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

3.    Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

4.    Covansys admits the allegations in this paragraph.

5.    Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

6.    Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

7. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

8. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

9. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

10. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

12. Covansys denies as untrue the allegations in this paragraph in the form and manner pled, except Covansys admits that Safe Care and Covansys had discussions regarding a potential business relationship.

13. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

14. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

15. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

16. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

17. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

18. Covansys denies as untrue the allegations in this paragraph.

19. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

20. Covansys denies as untrue the allegations in this paragraph.

21. Covansys denies as untrue the allegations in this paragraph.

22. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

23. Covansys denies as untrue the allegations in this paragraph, except Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the last sentence of this paragraph.

24. Covansys denies as untrue the allegations in this paragraph.

25. Covansys denies as untrue the allegations in this paragraph in the form and manner pled, and Covansys further states that the term sheet is the best evidence of its contents.

26. Covansys denies as untrue the allegations in this paragraph in the form and manner pled, except Covansys admits that items in the initial nonbinding term sheet were discussed by the parties.

27. Covansys denies as untrue the allegations in this paragraph in the form and manner pled, except Covansys admits that a second amended nonbinding term sheet was prepared by the parties.

28. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

29. Covansys denies as untrue the allegations in this paragraph.

30. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

31. Covansys denies as untrue the allegations in this paragraph.

32. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

33. Covansys denies as untrue the allegations in this paragraph.

34. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

35. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

36. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

37. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

38. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

39. Covansys denies as untrue the allegations in this paragraph.

40. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

41. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

42. Covansys denies as untrue the allegations in this paragraph.

43. Covansys denies as untrue the allegations in this paragraph.

44. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

45. Covansys denies as untrue the allegations in this paragraph.

46. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

47. Covansys denies as untrue the allegations in this paragraph.

48. Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegations in this paragraph, except to admit that Safe Care was informed that Covansys was unwilling to enter into a business relationship with Safe Care.

49. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

50. Covansys denies as untrue the allegations in this paragraph.

### Count I
### Breach of Contract
(Saltonstall and Gavin)

51. Covansys restates its response to each of the preceding paragraphs.

52. Covansys denies as untrue the allegations in this paragraph.

53. Covansys denies as untrue the allegations in this paragraph.

54. Covansys denies as untrue the allegations in this paragraph.

55. Covansys denies as untrue the allegations in this paragraph.

### Count II
### Breach of Contract
(Safe Care Systems, LLC)

56. Covansys restates its response to each of the preceding paragraphs.

57. Covansys denies as untrue the allegations in this paragraph.

58. Covansys denies as untrue the allegations in this paragraph.

59. Covansys denies as untrue the allegations in this paragraph.

60. Covansys denies as untrue the allegations in this paragraph.

61. Covansys denies as untrue the allegations in this paragraph.

### Count III
### Breach of Contract
(Breach of the Covenant of Good Faith and Fair Dealing)
(Saltonstall and Gavin)

62. Covansys restates its response to each of the preceding paragraphs.

63. Covansys denies as untrue the allegations in this paragraph.

64. Covansys denies as untrue the allegations in this paragraph.

65. Covansys denies as untrue the allegations in this paragraph.

66. Covansys denies as untrue the allegations in this paragraph.

### Count IV
(Breach of the Covenant of Good Faith and Fair Dealing)
(Safe Care System, LLC)

67. Covansys restates its response to each of the preceding paragraphs.

68. Covansys denies as untrue the allegations in this paragraph.

69. Covansys denies as untrue the allegations in this paragraph.

70. Covansys denies as untrue the allegations in this paragraph.

71. Covansys denies as untrue the allegations in this paragraph.

### Count V
### Common Law Fraud
(Saltonstall and Gavin)

72. Covansys restates its response to each of the preceding paragraphs.

73. Covansys denies as untrue the allegations in this paragraph.

74. Covansys denies as untrue the allegations in this paragraph.

75. Covansys denies as untrue the allegations in this paragraph.

76. Covansys denies as untrue the allegations in this paragraph.

## Count VI
## Common Law Fraud
(Safe Care Systems, LLC)

77. Covansys restates its response to each of the preceding paragraphs.

78. Covansys denies as untrue the allegations in this paragraph.

79. Covansys denies as untrue the allegations in this paragraph.

80. Covansys denies as untrue the allegations in this paragraph.

81. Covansys denies as untrue the allegations in this paragraph.

## Count VIII [sic]
## Breach of Mass. Gen. L. c. 93A, § 11
(Saltonstall and Gavin)

82. Covansys restates its response to each of the preceding paragraphs.

83. The allegations in this paragraph state a legal conclusion for which no response is required. To the extent a response is required, Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegation of this paragraph.

84. The allegations in this paragraph state a legal conclusion for which no response is required. To the extent a response is required, Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegation of this paragraph.

85. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

86. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

87. Covansys denies as untrue the allegations in this paragraph.

7

88. Covansys denies as untrue the allegations in this paragraph.

89. Covansys denies as untrue the allegations in this paragraph.

90. Covansys denies as untrue the allegations in this paragraph.

**Count VIII**
**Breach of Mass. Gen. L. c. 93A, § 11**
(Safe Care Systems, LLC)

91. Covansys restates its response to each of the preceding paragraphs.

92. The allegations in this paragraph state a legal conclusion for which no response is required. To the extent a response is required, Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegation of this paragraph.

93. The allegations in this paragraph state a legal conclusion for which no response is required. To the extent a response is required, Covansys lacks information or knowledge sufficient to form a belief as to the truth of the allegation of this paragraph.

94. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

95. Covansys denies as untrue the allegations in this paragraph in the form and manner pled.

96. Covansys denies as untrue the allegations in this paragraph.

97. Covansys denies as untrue the allegations in this paragraph.

98. Covansys denies as untrue the allegations in this paragraph.

99. Covansys denies as untrue the allegations in this paragraph.

100. Covansys denies as untrue the allegations in this paragraph.

WHEREFORE, Covansys requests that this Court dismiss this Complaint with prejudice or, in the alternative, enter a judgment of no cause of action in favor of Covansys and against Plaintiffs with respect to each claim asserted by Plaintiffs.

## AFFIRMATIVE DEFENSES

### First Defense

Plaintiffs have failed to state claims upon which relief may be granted in whole or in part.

### Second Defense

Plaintiffs have failed to allege their fraud claims with particularity, as required by Fed. R. Civ. P. 9(b).

### Third Defense

Plaintiffs' contract allegations fail for lack of consideration.

### Fourth Defense

Plaintiffs, through their actions and/or omissions have contributed to their own alleged losses and are otherwise estopped from asserting their claims against Covansys.

### Fifth Defense

Plaintiffs have failed to make reasonable efforts to mitigate their alleged damages.

### Sixth Defense

Covansys hereby gives notice that it intends to rely upon any other defense that may become available or appear during the discovery proceedings in this case and reserves its right to amend its Answer to assert any such defenses.

COVANSYS, INC.,

By its attorneys,

/s/ R. Sherman
Robert P. Sherman (BBO #458540)
Gordon M. Jones, III (BBO #549016)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110-2131
Phone: (617) 345-1000

Steven M. Ribiat (MI Bar No. 45161)
*Admitted pro hac vice*
Butzel Long
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, Michigan 48304
Phone: (248) 593-7801

Dated: September 10, 2004