UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAFE CARE SYSTEMS LLC, PETER L.
SALTONSTALL, AND PAMELA K. GAVIN,

Plaintiffs,

v.

COVANSYS, INC.,

Defendant.

C.A. No. 04 11585 RCL

## COVANSYS' LOCAL RULE 16.1 CERTIFICATION

Covansys Corporation ("Covansys"), through its duly authorized representative, Brett Pyrmonen, and Covansys' counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

COVANSYS CORPORATION

_Brett P._
V.P. General Counsel
Its authorized representative

Dated: October 21, 2004

Counsel for Covansys Corporation,

_[signature]_

Robert P. Sherman (BBO #458540)
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110-1832
Phone: (617) 345-1000

Steven M. Ribiat (MI Bar No. 45161)
Butzel Long
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, Michigan 48304
Phone: (248) 593-7801