UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFE CARE SYSTEMS LLC, PETER L. SALTONSTALL, AND PAMELA K. GAVIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>COVANSYS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:04-CV-11585RCL |

**CERTIFICATE PURSUANT TO
LOCAL RULE 16.1(D)(3)**

The undersigned, counsel for plaintiffs and Peter Saltonstall and Pamela Gavin, individually and on behalf of plaintiff Safe Care Systems, LLC hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation

through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                          SAFE CARE SYSTEMS, LLC,
                          PETER SALTONSTALL and
                          PAMELA GAVIN,

                          By their attorneys,

                          /s/   *Robert D. Hillman*
                          _____
                          Robert D. Hillman, BBO #552637
                          DEUTSCH WILLIAMS BROOKS
                              DeRENSIS & HOLLAND P.C.
                          99 Summer Street
                          Boston, MA 02110-1235
                          (617) 951-2300

SAFE CARE SYSTEMS, LLC

By: _____
      Peter Saltonstall


PETER SALTONSTALL

_____


PAMELA GAVIN

_____

Date:  October 26, 2004.

## CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on this date.

                                            _____