through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                        SAFE CARE SYSTEMS, LLC,
                        PETER SALTONSTALL and
                        PAMELA GAVIN,

                        By their attorneys,

                        _____
                        Robert D. Hillman, BBO #552637
                        DEUTSCH WILLIAMS BROOKS
                           DeRENSIS & HOLLAND P.C.
                        99 Summer Street
                        Boston, MA 02110-1235
                        (617) 951-2300

SAFE CARE SYSTEMS, LLC

By: _____
      Peter Saltonstall

PETER SALTONSTALL

_____

PAMELA GAVIN

_____

Date: October 24, 2004.

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on this date.

_____