UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAFE CARE SYSTEMS LLC, PETER L. SALTONSTALL, AND PAMELA K. GAVIN,

    Plaintiffs,

vs.

COVANSYS, INC.,

    Defendant.

CIVIL ACTION NO. 1:04-CV-11585RCL

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Supreme Judicial Court Rule 1:21, plaintiff Safe Care Systems, LLC (hereinafter, "Safe Care") makes the following disclosure "identifying all its parent corporations and listing any publicly held corporation that owns 10% or more of the parties' stock or stating that there is no such corporation."

    Safe Care has no parent corporation nor does any publicly held corporation own more than 10% of Safe Care's stock.

    SAFE CARE SYSTEMS, LLC

    By its attorneys,

    /s/  *Robert D. Hillman*
    _____
    Robert D. Hillman, BBO #552637
    DEUTSCH, WILLIAMS, BROOKS, DERENSIS &
     HOLLAND, P.C.
    99 Summer Street, 13th Floor
    Boston, Massachusetts 02110-1235
    617.951.2300

Date:  October 26, 2004

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on this date.

_____
Robert D. Hillman

DWLIB 169754v1
8324/00