UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFE CARE SYSTEMS LLC, PETER L. SALTONSTALL, and PAMELA K. GAVIN,<br><br>Plaintiffs,<br><br>v.<br><br>COVANSYS, INC.,<br><br>Defendant. | Civil Action No. 04 11585 RCL |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the following counsel has changed his business address and will continue to represent defendant, Covansys, Inc. in the above-referenced matter.

>Robert P. Sherman, Esq.
>DLA Piper Rudnick Gray Cary LLP
>One International Place
>Boston, MA  02110
>(617) 406-6035

By:   /s/ *Robert P. Sherman*
Robert P. Sherman (BBO #458540)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated:  November 22, 2005

BOS1546283.1