UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAFE CARE SYSTEMS LLC, PETER L. SALTONSTALL, and PAMELA K. GAVIN,<br><br>Plaintiffs,<br><br>v.<br><br>COVANSYS, INC.,<br><br>Defendant. | Civil Action No. 04 11585 RCL |

## NOTICE OF WITHDRAWAL OF GORDON M. JONES, III

Please withdraw the appearance of Gordon M. Jones, III and Nixon Peabody LLP on behalf of the Defendant, Covansys, Inc..

                                                                              By:   */s/ Gordon M. Jones, III*
                                                                                    Gordon M. Jones, III (BBO #549016)
                                                                                    Nixon Peabody LLP
                                                                                   100 Summer Street
                                                                                  Boston, MA  02110
                                                                                  (617) 345-1000

Dated:  November 22, 2005

BOS1546081.1