UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFE CARE SYSTEMS, LLC, PETER L. SALTONSTALL and PAMELA K. GAVIN,<br><br>*Plaintiffs,*<br><br>v.<br><br>COVANSYS, INC.,<br><br>*Defendant.* | CIVIL ACTION NO. 04-11585-RCL |

## ASSENTED-TO MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE

Covansys, Inc. ("Covansys"), with the assent of plaintiffs Safe Care Systems, LLC, Peter L. Saltonstall, and Pamela K. Gavin, moves to continue the final pre-trial conference scheduled for February 16, 2006 to the week of April 3, 2006, or any date thereafter that is convenient to the Court. In support of this motion, Covansys states as follows:

1. The parties scheduled a private mediation with Jeffrey S. Stern of Sugarman, Rogers, Barshak & Cohen, P.C. for January 27, 2006, with the expectation that they might reach a negotiated settlement and avoid the cost and expense of preparing for and attending the final pre-trial conference. The mediation has been continued because of the impending birth of Covansys' chief counsel Steven M. Ribiat's child, which prevents him from traveling to Boston. The parties are attempting to reschedule that mediation for early- to mid-February 2006.

2. In addition, Mr. Ribiat has now been called for trial on February 16, 2006, the currently scheduled date of the final pre-trial conference, in the case of <u>Prewitt v. Decker, et al.</u>,

~BOST1:405561.v1
304123-4

Case No. 05-104-CC, Washtenaw County Circuit Court, 101 East Huron, Ann Arbor, Michigan. This case is pending before Judge Donald Shelton.

For these reasons, Covansys, with the assent of the plaintiffs, requests that the Court continue the final pre-trial conference to the week of April 3, 2006, or any date thereafter convenient to the Court.

Respectfully submitted,

COVANSYS, INC.

By its attorneys,

/s/ Robert P. Sherman
Robert P. Sherman (BBO #458540)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Steven M. Ribiat (MI Bar No. 45161)
BUTZEL LONG
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, MI 48304
(248) 593-7801 (*telephone*)
(248) 258-1439 (*fax*)

ASSENTED TO:

/s/ Robert D. Hillman
Robert D. Hillman (BBO #552637)
DEUTSCH WILLIAMS BROOKS DERENSIS
   & HOLLAND, P.C.
99 Summer Street, 13th Floor
Boston, MA 02110-1235
(617) 951-2300 (*telephone*)
(617) 951-2323 (*fax*)

Dated: January 26, 2006