UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFE CARE SYSTEMS LLC, PETER L. SALTONSTALL, AND PAMELA K. GAVIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>COVANSYS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:04-CV-11585RCL |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of the above-captioned action with prejudice to all claims that were, or could have been asserted therein. The parties will bear their own costs and waive rights of appeal..

| | |
|---|---|
| SAFECARE SYSTEMS LLC, PETER S. SALTONSTALL AND PAMELA K. GAVIN, | COVANSYS, INC., |
| By their attorney, | By its attorneys, |
| /s/  *Robert D. Hillman* | |
| | /s/ *Steven M. Ribiat* |
| Robert D. Hillman/BBO# 552637<br>DEUTSCH WILLIAMS BROOKS DeRENSIS<br>   & HOLLAND, P.C.<br>99 Summer Street<br>Boston, MA   02110-1213<br>(617) 951-2300 | Steven M. Ribiat<br>Butzel Long<br>100 Bloomfield Hills Parkway Suite 20<br>Bloomfield Hills, MI 48304<br>(248) 258-1616<br><br>Robert P. Sherman, BBO# 458540<br>DLA PIPER RUDNICK GRAY CARY<br>33 Arch Street – 26th Floor<br>Boston, MA 02110<br>(617) 345-6188 |

Date:  April 7, 2006

DWLIB 197748v1
8324/00